IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **AZAMAT MURZABAEV,**      Petitioner, | § § § § | |
| v. | § | EP-25-CV-00647-DB |
| **TODD M. LYONS,** *Acting Director, U.S. Immigration and Customs Enforcement, et al.,*      Respondents. | § § § § § | |

## ORDER

On this day, the Court considered the above-captioned case. On December 29, 2025, Petitioner Azamat Murzabaev filed a "Notice of Emergency Motion," ECF No. 13, seeking to enforce habeas corpus relief and compel immediate acceptance of bond, or in the alternative, for immediate release. *Id.* at 1. On January 5, 2026, Petitioner filed a "Notice of Withdrawal of Emergency Motion," ECF No. 15, wherein he seeks to withdraw ECF No. 13 in the interest of justice. That same day, Respondents filed a "Response to Motion to Compel," ECF No. 16, advising the Court that "[o]n January 2, 2026, Petitioner was released from ICE custody pursuant to the Immigration Judge's bond order. Because the relief sought in the emergency motion was acceptance of bond or release from custody, that relief has been fully provided. There is no ongoing detention and no continuing controversy for the Court to resolve. Any dispute regarding the timing of release is now academic, as Petitioner is no longer in custody and the Court's habeas order has been fully implemented." ECF No. 16 at 2.

Accordingly, **IT IS HEREBY ORDERED** Petitioner Azamat Murzabaev "Notice of Emergency Motion," ECF No. 13, is **DENIED AS MOOT**.

      **IT IS FURTHER ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by <u>**no later than January 9, 2026.**</u>

      **SIGNED** this **6th** day of **January 2026**.

                                                          _____
                                                          **THE HONORABLE DAVID BRIONES**
                                                          **SENIOR UNITED STATES DISTRICT JUDGE**